## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE  DIVISION

| | |
|---|---|
| **DEBRA SUE HEWITT** | **CIVIL ACTION NO. 6:11-cv-1530** |
| **VS.** | **SECTION P** |
| | **JUDGE MELANÇON** |
| **WARDEN, LAFAYETTE PARISH** | |
| **CORRECTIONS CENTER** | **MAGISTRATE JUDGE HANNA** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein,  noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for *habeas corpus* be **DISMISSED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette,  Louisiana, on this 6th  day of November, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE